# FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>District of Arizona | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**KINGS RANCH, L.L.C., fka KINJOCKITY RANCH, L.L.C.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**C/O ERIC SLOCUM SPARKS**<br>**LAW OFFICES OF ERIC SLOCUM SPARKS PC**<br>**110 S CHURCH AVE STE 2270**<br>**Tucson, AZ 85701** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Pima** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ☒ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor (Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☐ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Name of Debtor: **KINGS RANCH, L.L.C., fka KINJOCKITY RANCH, L.L.C.**

B5 (Official Form 5) (12/07) - Page 2   Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/
Signature of Petitioner or Representative (State title)

**FORT SCOTT ENERGY**                    March 28, 2011
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X /s/                                    March 28, 2011
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Address
Telephone No.

X /s/
Signature of Petitioner or Representative (State title)

**3DS THREE DIMENSIONAL SERVICES INC**   March 28, 2011
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X /s/                                    March 28, 2011
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Address
Telephone No.

X /s/
Signature of Petitioner or Representative (State title)

**GERINET CONSULTING**                   March 28, 2011
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X /s/                                    March 28, 2011
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **FORT SCOTT ENERGY**<br>5548 PARTHENON PLACE<br>WEST VANCOUVER, BRITISH COLUMBIA,<br>CANADA V7W 2V7 | BUSINESS DEBT | 290,000.00 |
| **3DS THREE DIMENSIONAL SERVICES INC**<br>2829 NORLAND AVE<br>BURNABY, BRITISH COLUMBIA<br>CANADA, V5B 3A9 | BUSINESS DEBT | 8,500.00 |
| **GERINET CONSULTING**<br>14885 58A AVENUE<br>SURREY, BRITISH COLUMBIA<br>CANADA, V3S 0S5 | BUSINESS DEBT | 5,700.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>443,359.77 |

__2__ continuation sheets attached

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/**
Signature of Petitioner or Representative (State title)

**WEBBERVISION CREATIVE SERVICES**     **March 28, 2011**
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X **/s/**     **March 28, 2011**
Signature of Attorney     Date

Name of Attorney Firm (If any)

Address
Telephone No.

X **/s/**
Signature of Petitioner or Representative (State title)

**JBH PROFESSIONALS**     **March 28, 2011**
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X **/s/**     **March 28, 2011**
Signature of Attorney     Date

Name of Attorney Firm (If any)

Address
Telephone No.

X **/s/**
Signature of Petitioner or Representative (State title)

**TOWLINE INC**     **March 28, 2011**
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X **/s/**     **March 28, 2011**
Signature of Attorney     Date

Name of Attorney Firm (If any)

Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **WEBBERVISION CREATIVE SERVICES**<br>**415 W CORDOVA ST**<br>**VANCOUVER, BRITISH COLUMBIA**<br>**CANADA, V6B 1E5** | BUSINESS DEBT | 10,459.77 |
| **JBH PROFESSIONALS**<br>**6751 WESTMINISTER HWY**<br>**RICHMOND, BRITISH COLUMBIA**<br>**CANADA, V7C 4V4** | BUSINESS DEBT | 18,700.00 |
| **TOWLINE INC**<br>**SUITE 800, 1489 MARINE DRIVE**<br>**WEST VANCOUVER, BRITISH COLUMBIA**<br>**CANADA, V7T 1B8** | BUSINESS DEBT | 110,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>443,359.77 |

**1** of **2** continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/                                                                 X /s/                                                    March 28, 2011
Signature of Petitioner or Representative (State title)    Signature of Attorney                                Date

**DARRELL DUNAFON**                    **March 28, 2011**
Name of Petitioner                            Date Signed              Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity                                                                          Address
                                                                                       Telephone No.

X_____         X_____
Signature of Petitioner or Representative (State title)    Signature of Attorney                                Date

_____
Name of Petitioner                            Date Signed              Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity                                                                          Address
                                                                                       Telephone No.

X_____         X_____
Signature of Petitioner or Representative (State title)    Signature of Attorney                                Date

_____
Name of Petitioner                            Date Signed              Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity                                                                          Address
                                                                                       Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **DARRELL DUNAFON**<br>**6254 N SABINO SHADOW LANE**<br>**Tucson, AZ 85750** | 2 LOTS | 0.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br>**443,359.77** |
|---|---|

__2__ of __2__ continuation sheets attached

# DECLARATION

March 26th, 2011.

Fort Scott Energy is a creditor of Kings Ranch L.L.C., fka Kinjockity Ranch L.L.C. The company has a claim against Kings Ranch L.L.C. in the amount of $290,000.00. Kings Ranch L.L.C. is not paying the debt when due. The debt owed by Kings Ranch L.L.C. is not disputed, not contingent and not subject to an offset or a bona fide dispute. I want to be one of the petitioning creditors to file an involuntary Chapter 11 against King Ranch LLC.

_____     Amount Owed     $ 290,000.00
Richard Coglon,
President / Director

Fort Scott Energy,
5548 Parthenon Place,
West Vancouver,
British Columbia,
Canada,   V7W 2V7

Phone # 604-377-5515

# DECLARATION

3DS Three Dimensional Services Inc. is a creditor of Kings Ranch L.L.C., fka Kinjockity Ranch L.L.C.

The company has a claim against Kings Ranch L.L.C. in the amount of $8,500.00. Kings Ranch L.L.C. is not paying my company's debt when due. My debt owed by Kings Ranch L.L.C. is not disputed, not contingent and not subject to an offset or a bona fide dispute. I want to be one of the petitioning creditors to file an involuntary Chapter 11 against King Ranch LLC.

Ross Ireland  - President

$ 8,500.00
Amount Owed

Three Dimensional Services,
2829 Norland Ave,
Burnaby,
British Columbia,
Canada,    V5B 3A9

# DECLARATION

Gerinet Consulting is a creditor of Kings Ranch L.L.C., fka Kinjockity Ranch L.L.C. The company has a claim against Kings Ranch L.L.C. in the amount of $5,700.00. Kings Ranch L.L.C. is not paying my debt when due. My debt owed by Kings Ranch L.L.C. is not disputed, not contingent and not subject to an offset or a bona fide dispute. I want to be one of the petitioning creditors to file an involuntary Chapter 11 against King Ranch LLC.

_____  MAR 26/11        $ 5,700.00
Geri Karlstrom                              Amount Owed

Gerinet Consulting,
14885 58A Avenue,
Surrey, B.C.
British Columbia,
Canada.    V3S 0S5

DECLARATION

My name is Dave Webber, I am a creditor of Kings Ranch L.L.C., fka Kinjockity Ranch L.L.C.. I have a claim against Kings Ranch L.L.C. in the amount of $10,459.77. Kings Ranch L.L.C. in not paying my debts when due. My debt owed by Kings Ranch L.L.C. is not disputed, not contingent, and not subject to an offset or a bona fide dispute. I want to be one of the petitioning creditors to file a involuntary Chapter 11 against Kings Ranch L.L.C.

_____      $10,459.77
Dave Webber                                 Amount Owed

415 W Cordova St
Vancouver British Columbia, Canada V6B 1E5
604-685-6027
604-833-6027

MAP-2-2003 07:44A FROM: TO:6049227822 P:1/1

# DECLARATION

March 26th, 2011.

JBH Professionals is a creditor of Kings Ranch L.L.C., fka Kinjockity Ranch L.L.C. The company has a claim against Kings Ranch L.L.C. in the amount of $18,700.00. Kings Ranch L.L.C. is not paying my debt when due. My debt owed by Kings Ranch L L.C. is not disputed, not contingent and not subject to an offset or a bona fide dispute. I want to be one of the petitioning creditors to file an involuntary Chapter 11 against King Ranch LLC.

_____  $18,700.00
Michael Waldkirch             Amount Owed

JBH Professionals
6751 Westminster Hwy,
Richmond,
British Columbia,
Canada,   V7C 4V4

Phone # 604-273-6955
Extension 223

# DECLARATION

March 26th, 2011.

Townline Inc. is a creditor of Kings Ranch L.L.C., fka Kinjockity Ranch L.L.C. The company has a claim against Kings Ranch L.L.C. in the amount of $110,000.00. Kings Ranch L.L.C. is not paying the debt when due. The debt owed by Kings Ranch L.L.C. is not disputed, not contingent and not subject to an offset or a bona fide dispute. I want to be one of the petitioning creditors to file an involuntary Chapter 11 against King Ranch, LLC.

Kenneth Konjenda
Townline Inc.
Suite 800,
1489 Marine Drive,
West Vancouver,
British Columbia,
Canada, V7T 1B8

Phone # 604-922-7022

$110,000.00
Amount Owed

# DECLARATION

My name is Darrell Dunafon, I am a creditor of Kings Ranch L.L.C., fka Kinjockity Ranch L.L.C.. I have a claim against Kings Ranch L.L.C. ~~in the amount of $~~ For Lots #342 258. Kings Ranch L.L.C. in not paying my debts when due. My debt owed by Kings Ranch L.L.C. is not disputed, not contingent, and not subject to an offset or a bona fide dispute. I want to be on of the petitioning creditors to file a involuntary Chapter 11 against Kings Ranch L.L.C.

_____  
Darrell Dunafon

Lots 342 258  
Amount Owed

6254 N. Sabino Shadow, Tucson, AZ. Address

520-979-1368  Contact